AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Courtney Lynn Jenkins, | ) | Case No.   1:26-cr-114-01 |
| a/k/a Courtney Lynn Newman | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Courtney Lynn Jenkins, a/k/a Courtney Lynn Newman                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information      ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Distribution of Fentanyl Resulting in Serious Bodily Injury
Aiding and Abetting

Date:      06/18/2026                                                          /s/ Melissa Fischer
                                                                 *Issuing officer's signature*

City and state:      Bismarck, ND                              Melissa Fischer, Deputy Clerk
                                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  6/18/26 , and the person was arrested on *(date)*  6/22/26 at *(city and state)*  Minot, ND . |
| Date:  6/22/26                                     *Arresting officer's signature* |
| Elijah Hanks  ATF TFO/ MPD Detect *Printed name and title* |